[No. 7419-9-I. Division One. April 28, 1980.]

THE CITY OF SEATTLE, *Respondent,* v. DANIEL EVANS, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 88621, Gerard M. Shellan, J., entered February 26, 1979. *Affirmed* by unpublished opinion per James, A.C.J., concurred in by Andersen and Durham–Divelbiss, JJ.

[No. 7468-7-I. Division One. April 28, 1980.]

MISSION INSURANCE COMPANY, *Respondent,* v. SEATTLE STEVEDORE COMPANY, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 850265, Frank H. Roberts, Jr., J., entered February 28, 1979. *Reversed* and *remanded* by unpublished opinion per James, J., concurred in by Callow, C.J., and Ringold, J.

[No. 7506-3-I. Division One. April 28, 1980.]

THE STATE OF WASHINGTON, *Respondent,* v. MARGARET JEAN TEERINK, *Appellant.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 78-1-00560-2, Robert C. Bibb, J., entered March 13, 1979. *Affirmed* by unpublished opinion per Callow, C.J., concurred in by Williams and Durham–Divelbiss, JJ.